IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA MCCLELLAN, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 08-182-GMS |
| ) | |
| v. ) | |
| ) | **Trial by Jury Demanded** |
| JPMORGAN CHASE & CO., a Delaware ) | |
| corporation, and JPMORGAN CHASE ) | |
| BANK, N.A., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of David S. Eagle, Esquire and Kelly A. Green, Esquire of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, 919 N. Market Street, Suite 1000, Wilmington, DE 19801, on behalf of defendant JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.

Dated: April 23, 2008

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: /s/ Kelly A. Green
David S. Eagle (DE Bar # 3387)
Kelly A. Green (DE Bar # 4095)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 552-5510
deagle@klehr.com
kgreen@klehr.com

*Attorneys for JPMorgan Chase & Co.
and JPMorgan Chase Bank, N.A.*

DEL1 68180-1

## CERTIFICATE OF SERVICE

I, Kelly A. Green, hereby certify that on April 23, 2008, a copy of the foregoing Notice of Appearance were served by electronic filing upon the following:

>Martin D. Haverly (DE No. 3295)
>Martin D. Haverly, Attorney At Law
>East Seventh Street, Suite 201
>Wilmington, DE 19801
>Telephone (302) 654-2255
>martin@haverlylaw.com

>/s/ Kelly A. Green
>Kelly A. Green (DE Bar # 4095)

DEL1 68180-1