# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
### ATTORNEYS AT LAW

**DAVID S. EAGLE**

Direct Dial: (302) 552-5508
deagle@klehr.com

Admitted in DE and NY

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

April 23, 2008

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court, District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re: *Paula McClellan v. JPMorgan Chase & Co., et al.*
         C.A. No. 08-182-GMS

Dear Judge Sleet:

    Defendants JP Morgan Chase & Co. and JPMorgan Chase Bank, N.A. ("Defendants") and Plaintiff Paula McClellan ("Plaintiff") have submitted a proposed Stipulated Order extending the time within which Defendants must answer or otherwise respond to Plaintiff's Complaint. I am writing to provide an explanation for the requested extension in accordance with Your Honor's procedures.

    Defendants request this extension because they only recently retained Klehr, Harrison, Harvey, Branzburg & Ellers LLP and need additional time to confer with counsel and gather information to respond to Plaintiff's complaint. We therefore respectfully request that the Court enter the attached Stipulated Order for Extension of Time.

    If the Court has any further questions regarding this matter, I am available at Your Honor's convenience.

                                   Respectfully,

                                   David S. Eagle
                                   (DE Bar I.D. 3387)

Enclosure
cc:   Kelly A. Green, Esquire
      Martin D. Haverly, Esquire (via e-filing)