IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA MCCLELLAN, ) <br> ) <br> Plaintiff, )    C.A. No. 08-182-GMS <br> ) <br> v. ) <br> )    **Trial by Jury Demanded** <br> JPMORGAN CHASE & CO., a Delaware ) <br> corporation, and JPMORGAN CHASE ) <br> BANK, N.A., ) <br> ) <br> Defendants. ) | |

## STIPULATED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties listed below, subject to the Court's approval, that the time within which JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. must answer or otherwise respond to Plaintiff's Complaint is extended from April 24, 2008 to May 15, 2008.

Dated: April 23, 2008

| KLEHR, HARRISON, HARVEY, <br> BRANZBURG & ELLERS LLP | MARTIN D. HAVERLY, <br> ATTORNEY AT LAW |
|---|---|
| /s/ Kelly A. Green <br> David S. Eagle (DE No. 3387) <br> Kelly A. Green (DE No. 4095) <br> 919 Market Street, Suite 1000 <br> Wilmington, DE 19801 <br> Telephone (302) 552-5508 <br> deagle@klehr.com <br> kgreen@klehr.com <br><br> *Attorneys for Defendants JPMorgan Chase & Co. and JP Morgan Chase Bank, N.A.* | /s/ Martin D. Haverly <br> Martin D. Haverly (DE No. 3295) <br> East Seventh Street, Suite 201 <br> Wilmington, DE 19801 <br> Telephone (302) 654-2255 <br> martin@haverlylaw.com <br><br> *Attorneys for Plaintiff Paula McClellan* |

SO ORDERED this _____ day of _____, 2008.

_____
Judge

DEL1 68134-1