IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA MCCLELLAN, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 08-182-GMS |
| ) | |
| v. ) | |
| ) | **Trial by Jury Demanded** |
| JPMORGAN CHASE & CO., a Delaware ) | |
| corporation, and JPMORGAN CHASE ) | |
| BANK, N.A., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the defendants' stock:

JPMorgan Chase & Co.

KLEHR HARRISON HARVEY BRANZBURG
& ELLERS LLP

/s/ Kelly A. Green
David S. Eagle (#3387)
Kelly A. Green (#4095)
919 Market Street, Suite 1000
Phone (302) 426-1189
Fax (302) 426-9193
deagle@klehr.com
kgreen@klehr.com
Wilmington, Delaware 19801

*Attorneys for JPMorgan Chase & Co and*
*JPMorgan Chase Bank, N.A*

Dated: May 15, 2008

DEL1 68134-2

## CERTIFICATE OF SERVICE

I Kelly A. Green, hereby certify that on May 15, 2008, I electronically filed the foregoing document with the clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

### ELECTRONIC FILING

Martin Duane Haverly, Esquire
Martin D. Haverly, Attorney at Law
2 East 7th Street, Suite 201
Wilmington, DE 19801

/s/ Kelly A. Green
Kelly A. Green (DE Bar No. 4095)

DEL1 68134-2