IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA MCCELLAN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 08-182 |
| : | |
| JP MORGAN CHASE & CO., : | |
| a Delaware Corporation, and : | |
| JP MORGAN CHASE BANK, N.A., : | |
| : | |
| Defendant. : | |

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Rufus A. Jennings to represent Plaintiff, Paula McCellan in this matter.

/s/ Martin D. Haverly
Martin D. Haverly (Del. Bar No. 3295)
Two East 7th Street, Suite 201
Wilmington, DE 19801
(302)654-2255

Date: 8/18/08

Attorney for Plaintiff

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____
United State District Judge

CERTIFICATE BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid [ ] to the Clerk of Court, or, if not paid previously, the fee payment will be submitted [x] to the Clerk's Office upon filing of this motion.

Date: 8/11/08

Rufus A. Jennings (PA Bar No. 93030)
Timothy M. Kolman & Associates
225 North Flowers Mill Road
Langhorne, PA 19047
(215)750-3134
RJennings@KolmanLaw.net